FILED

SEP 24 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

MARVIN GILLAM
Pamala Gillam
225 Pennsylvania Ave #C8
Fairfield, Ca 94533

In Pro Se

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

Case No.: 2:14 - CV - 2 2 1 7 KJM KJN PS

MARVIN GILLAM AND PAMALA GILLAM,

    Plaintiff,

vs.

CITY OF VALLEJO, et., al.,

    Defendant

**PLAINTIFF'S 42 U.S.C. 1983 CIVIL RIGHTS COMPLAINT AND DEMAND FOR JURY TRIAL**

## CLAIMS

1. White male Defendant Vallejo Police Officers Joe McCarthy #627 violated Plaintiff Marvin Gillam rights under the Fourth Amendment of the United States Constitution not to be subjected to excessive force, when officer Defendant McCarthy deployed his taser into Marvin's person in drive mode and beat him with a flashlight resulting in Marvin suffering a broken arm, head and chest contusion and other injuries. Blankenhorn v. City of Orange, 485 F.3d 463 (9th Cir. 2007).

2. White male Defendant Vallejo Police Officer Jerome Bautista #560 violated Plaintiff Pamala Gillam rights under the Fourth Amendment of the United States Constitution not to subjected excessive force, when Defendant Pamala Gillam placed her in too tight handcuffs for over an hour after Pamala verbally complained approximately fifteen times. La Londe v. County of Riverside, 204 F.3d 947 (9th Cir. 2000).

3. The City of Vallejo is liable for actions of Defendant Jodi Brown because the City has a longstanding, practice, policy or custom of allowing police officers to use excessive force. Hunter v. County of Sacramento, 652 F.3d 1225 (9th Cir. 2011).

4. Plaintiffs are engaging in "Expressive Association" with their legal assistant "Frederick Marc Cooley" and Plaintiffs request that the Court recognizes their relationship with his legal assistant is protected by the First Amendment of the United States Constitution. Blaisdell v. Frappiea, 729 F.3d 1237 (9th Cir. 2013).

## STATEMENT OF CLAIMS

On Saturday October 13, 2012, at approximately 9:57 a.m. African American senior citizen married couple Plaintiffs Marvin and Pamala Gillam were walking west bound on Hendrikus Drive at Turner Parkway in Valllejo, Ca, when a marked Vallejo Police patrol car approached the couple in a high rate of speed. Defendant Vallejo Police Officer McCarthy and Bautista immediately exited the vehicle. Officer Bautista pointed his gun at Pamala yelling show me your hands. Pamala complied. In defense of his wife Marvin stepped in front of his wife and requested to know what the problem was. Defendant McCarthy pointing a taser at Marvin began yelling get on the ground. Marvin with his hands in the air again request to know what the problem was. Without warning Defendant McCarthy deployed his taser in dart mode, just missing Marvin's face. Defendant McCarthy charged Marvin in speed and tackle Marvin to the ground. Defendant McCarthy deployed his taser in drive in Marvins chest and neck area resulting in extreme pain. Defendant McCarthy then struck Marvin with a flashlight multiple times resulting a head contusion, broken arm and other injuries.

1    While Defendant McCarthy assaulted Marvin, Defendant Bautista placed Pamala in handcuffs extremely tight. Pamala complained to Defendant officer that the handcuffs were too tight over fifteen times and requested that the cuffs be loosened. Each request was ignored and Pamala remained in handcuffs in exteme pain for over one hour before the handcuffs were removed. Pamala suffered pain and numbness for over a month after the police encounter.

Plaintiff is a member of a group of people and associate with City of Vallejo residents who have sought, is seeking and/or will seek vindication of their Fourth Amendment rights not to be subjected to unnecessary and excessive use of force by Vallejo Police Officers. Group members are the following:

1. African American male adult Alfred James Foy currently litigating claims against City of Vallejo, Vallejo Police Officers J. Bauer, J. Huff, S. Yates, J. Whitney, and Fairfield Police Officer J. Williams in Foy v. City of Vallejo, 2:11-cv-03262 MCE-CMK, et., al., alleging officers deployed his taser in dart mode into plaintiff's arm while in a prone position, mauled by police dog, kicked and beat Plaintiff with baton and/or flashlight resulting in Foy receiving approximately17 staples in the crown of his head, a broke jaw, a broke ankle, knocked unconscious and other injuries.

2. African American male adult Frederick Marc Cooley, in pro se, settled claims against City of Vallejo, Vallejo Police Officers Eric Jensen and Sean Kenney in Cooley v. City of Vallejo, et., al., 2:12-cv-00591-LKK-AC, alleging officers beat Cooley with a flashlight breaking his hand and other injuries.

3. African American male adult Anthony Tyrone Garrison currently litigating claims against City of Vallejo, Vallejo Police Officers Bautista in Garrison v. City of Vallejo, et., al., 2:13-cv-00479-JAM-KJN alleging Bautista kicked Plaintiff in the face while he lay down on the ground in a prone position.

4. African American male adult Tyrone Jerome Hicks currently litigating claims against City of Vallejo, Vallejo Police Officers Sean Kenney and Postolaki in Hicks v. City of Vallejo, et., al., 2:14-cv-0669-LKK-DAD, alleging that officer Kenney choked and restrained Plaintiff in to tight handcuffs, unlawfully arrested him, unlawfully impounded his vehicle and initiated a malicious prosecution against him and Postolaki failed to intercede.

5. African American male adult Leon Jerome Martin currently litigating claims against City of Vallejo, Vallejo Police Officers P. Messina, T. Agustin, J. Huff and J. Bauer in Martin v. City of Vallejo, et., al., 2:14-cv-0554-JAM-DAD, alleging that officer P. Messina without warning deployed his taser in "dart mode" into Plaintiff's person, sprayed pepper spray into Plaintiff's face, released a K-9 onto Plaintiff's person mauling him in the face and body and beat Plaintiff with a flashlight. Officers T. Agustin, J. Huff and J. Bauer all punched and kicked Plaintiff while he was in a prone position.

6. African American male adult Frederick Marceles Cooley currently litigating claims against City of Vallejo, Vallejo Police Officers Brett Clark and Dustin Joseph in Cooley v. City of Vallejo, et., al., 2:14-cv-00620-TLN-KJN, alleging that Defendant Joseph without warning intentionally deployed his taser in "dart mode" into Plaintiff forehead inches away from his right eye.

7. African American male adult Frederick Marceles Cooley currently litigating claims against City of Vallejo, Vallejo Police Officer William Badour in Cooley v. City of Vallejo, et., al., 2:14-cv-00241-MCE-DAD, alleging that Defendant Badour placed Plaintiff in handcuffs extremely tight and refused to loosen the handcuffs after Plaintiff complained for approximately one hour.

8. African American female adult Latasha Nicole Creer currently litigating claims against City of Valljeo Police Officers Knight, Long, Martinez, and Does 1-20, in Creer v. City of Vallejo, et., al., 2:14-cv-1428-JAM-DAD, alleging that she was illegally detained and subjected to excessive force when officers detained her without reasonable suspicion or probable cause to detain her at gun point.

9. African American male adult Christopher White, African American female adult Zerita White, African American female adult G'Shelle White and African American male adult Dantrell Stevens currently litigating claims against City of Vallejo Police Officers Knight, Long, Martinez, and Does 1-20, in White, et., al. v. City of Vallejo, et., al., 2:14-cv-1603-MCE-DAD, alleging that Plaintiffs were illegally detained, searched, and subjected to excessive force without reasonable suspicion or probable cause to detain them at gun point.

10. African American male adult Deshawn Cathey currently litigating claims against the City of Vallejo and Vallejo Police officer Jodi Brown in Cathey v. City of Vallejo, et., al, 2:14-cv-01749-JAM-AC, alleging that Plaintiff was subjected to a unlawful person stop, search of his person, unlawfully arrested, incarcerated and subjected to excessive force.

1    In each of these cases, Frederick Marc Cooley is not a licensed attorney but he
2 provides legal assistance that consist of but is not limited to researching case law,
3 rules of the Court etc.., preparing and filing court documents, preparing and filing
4 court documents, preparing legal correspondence, assisting in the discovery process,
5 assisting in identifying discovery discrepancies, assisting during conferences between
6 parties and the court and assisting during any trial or hearing set by the court.
7 Plaintiff and his legal assist are engaging in "expressive association" protected by the
8 First Amendment of the United States Constitution.  See NAACP v. Button, 371 U.S.
9 415 (1963); Boy Scouts of America v. Dale, 530 U.S. 640 (2000); Rizzo v. Dawson, 778
10 F.2d 527; Blaisdell v. Frappiea 729 F.3d 1237 (9th Cir. 2013).

12    On August 23, 2013, Vallejo Police Officers Eric Jensen and Jason Potts were
13 found liable in § 1983 action entitled Deocampo , et., al., v. Potts, et., al., 2:06:0283-
14 WBS-CMK, for subjecting Deocampo to the use unnecessary and excessive force
15 resulting in a monetary jury award.

17    In consideration of the totality of information, Plaintiffs personal experience and
18 associations, Plaintiff believes and intends to prove that the City of Vallejo has a
19 longstanding practice, pattern, policy or custom of allowing Vallejo Police Officers to
20 use excessive force.  Plaintiff further believes and intends to prove that City Police
21 officers have injured and killed numerous citizens in 2001-2013 and none of the
22 officers involved have been disciplined or retrained.  Plaintiff also believes and intends
23 to prove that members of the Vallejo Police Department, including Defendants
24 McCarthy and Bautista has engaged in a repeated practice of unreasonably detaining
25 and using excessive force against individuals including plaintiff.  As a matter of official
26 policy "rooted in an entrenched posture of deliberate indifference to the constitutional
27 rights of primarily the minority citizens who live in the City of Vallejo, the City of

Vallejo has allowed its citizens to be abused by police officers. Moreover, Defendants Joe McCarthy and Jerome Bautista actions reflect a municipal practice, pattern, policy or custom.

At all times mentioned Defendant Joe McCarthy was employed as a Vallejo Police Officer and acting under the color of state law and is liable in his individual capacity.

At all times mentioned Defendant Jerome Bautista was employed as a Vallejo Police Officer and acting under the color of state law and is liable in his individual capacity.

Defendant City of Vallejo is the employer of Defendant Vallejo Police officers Joe McCarthy and Jerome Bautista at all times mentioned is liable in its official capacity.

## RELIEF

Plaintiffs are seeking compensatory and punitive damages. They are also seeking damages for emotional distress and demands a jury trial. Therefore, Plaintiffs will be requesting that the court allow them to litigate their claims under federal law.

Date 9/19/14

PLAINTIFF

Date 9-19-14

_____
PLAINTIFF

## DECLARATION

I declare under penalty of under the laws of the United States of America that the foregoing statements are true and correct.

Date 9/19/14

_____ MG
DECLARANT

Date 9-19-14

_____
DECLARANT

-8-