UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN GILLAM & PAMALA GILLAM,<br><br>            Plaintiffs,<br><br>     v.<br><br>CITY OF VALLEJO, et al.,<br><br>            Defendants. | No. 2:14-cv-2217-KJM-KJN PS<br><br><br>ORDER |

On March 30, 2015, in accordance with the court's prior order, the parties filed a joint status report. (ECF No. 15.) The status report indicates that plaintiff Marvin Gillam's criminal trial related to the facts and circumstances of this case is scheduled for April 24, 2015, in the Solano County Superior Court. Plaintiff Marvin Gillam needs additional time to complete his criminal matter and seek legal counsel for this case. The parties request a further extension and opportunity to file an updated status report in order for the criminal case to be completed and to allow the parties to further meet and confer.

Good cause having been shown, IT IS HEREBY ORDERED that:

1. Plaintiffs are granted until June 1, 2015 to obtain counsel. If plaintiffs retain an attorney, that attorney shall file a notice of appearance on behalf of plaintiffs by June 1, 2015.

1

2. Whether or not plaintiffs successfully retain an attorney, plaintiffs and defendants shall meet and confer, and then file an updated joint status report with proposed dates for scheduling the case no later than June 1, 2015.  If, but only if, counsel appears on behalf of plaintiffs, and that counsel needs some additional time to become acquainted with the case and confer with defendants' counsel, the court will entertain a request for a further brief extension of time for the filing of the joint status report.

3. Any formal discovery and motion practice in this case remain stayed until a scheduling order or other appropriate order issues, although the parties are free to informally conduct any discovery or pursue resolution of the action by settlement.

IT IS SO ORDERED.

Dated:  April 2, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE