UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN GILLAM & PAMALA GILLAM,<br><br>   Plaintiffs,<br><br>   v.<br><br>CITY OF VALLEJO, et al.,<br><br>   Defendants. | No. 2:14-cv-2217-KJM-KJN PS<br><br>ORDER |

On May 27, 2016, the magistrate judge filed findings and recommendations (ECF No. 40), which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days.  No objections were filed.

The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).  Having reviewed the file, the court finds the findings and recommendations on the merits of defendant's summary judgement motion to be supported by the record and by the proper analysis.

/////

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations on the merits (ECF No. 40) are ADOPTED IN FULL.

2. Defendants' motion for summary judgment (ECF No. 34) is GRANTED IN PART and DENIED IN PART.

3. Plaintiffs' cross-motion for summary judgment (ECF No. 38) is DENIED.

4. Summary judgment is granted in favor of the City of Vallejo as to plaintiffs' *Monell* claim.

5. Summary judgment is denied as to plaintiff Marvin Gillam's 42 U.S.C. § 1983 claim against defendant Officer McCarthy and plaintiff Pamala Gillam's 42 U.S.C. § 1983 claim against defendant Officer Bautista.

IT IS SO ORDERED.

DATED: July 27, 2016.

_____
UNITED STATES DISTRICT JUDGE