UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN GILLAM & PAMALA GILLAM,<br><br>                Plaintiffs,<br><br>   v.<br><br>CITY OF VALLEJO, et al.,<br><br>                Defendants. | No. 2:14-cv-2217-KJM-KJN PS<br><br>ORDER APPOINTING LIMITED PURPOSE COUNSEL FOR PURPOSES OF SETTLEMENT |

On September 14, 2016, the final pretrial order was issued, setting a settlement conference for November 1, 2016 and referring the case to the Court's ADR Coordinator to identify counsel for plaintiffs for the limited purpose of assisting during settlement. ECF No. 50. Michael E. Vinding has been selected from the Court's Pro Bono Attorney Panel to represent plaintiffs and has agreed to be appointed for the limited purpose of assisting plaintiffs with preparing for and participating in a settlement conference.

Accordingly, IT IS HEREBY ORDERED that:

1. Michael E. Vinding is appointed as limited purpose counsel in the above entitled matter. This appointment is for the limited purpose of assisting plaintiffs with preparing for and participating in a settlement conference.

2. Michael E. Vinding's appointment will terminate fifteen days after completion of the settlement conference, or any continuation of the settlement conference.

1

3. Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at spark@caed.uscourts.gov if he has any questions related to the appointment.

4. The Clerk of the Court is directed to serve a copy of this order upon Michael E. Vinding, Brady & Vinding, 400 Capitol Mall, Suite 2640, Sacramento, California 95814.

DATED:  October 12, 2016.

_____
UNITED STATES DISTRICT JUDGE