UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN GILLAM & PAMALA GILLAM,<br><br>           Plaintiffs,<br><br>      v.<br><br>CITY OF VALLEJO, et al.,<br><br>           Defendants. | No. 2:14-cv-2217-KJM-KJN PS<br><br>ORDER APPOINTING CO-COUNSEL |

On November 14, 2016, James A. Clark was appointed as counsel for plaintiffs in the above entitled matter. Plaintiffs' counsel has contacted the ADR and Pro Bono Program Director and requested co-counsel be appointed in this matter. Renee Parras has been asked to represent plaintiffs as co-counsel, and has agreed to be appointed as co-counsel to represent plaintiffs in this matter.

Accordingly, IT IS HEREBY ORDERED that:

1. Renee N. Parras is appointed as co-counsel in the above entitled matter.
2. Appointed co-counsel shall notify Sujean Park at (916) 930-4278, or via email at spark@caed.uscourts.gov if she has any questions related to the appointment.
3. The Clerk of the Court is directed to serve a copy of this order upon Renee N. Parras, Tower Legal Group, 1510 J St., Suite 125, Sacramento, California 95814.

DATED: November 23, 2016

_____
UNITED STATES DISTRICT JUDGE

1